**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In re C. R. Bard, Inc.
Pelvic System Products Liability Litigation
MDL No. 2187*

Civil Action No. ___2:16-CV-02795___

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference.  Plaintiff(s) further show the court as follows:

1.      Female Plaintiff

        LISA BALDWIN

2.      Plaintiff Husband

        _____

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

        _____

4.      State of Residence

        COLORADO

5.      District Court and Division in which action is to be filed upon transfer from the MDL.

        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

        _____

6.      Defendants (Check Defendants against whom Complaint is made):

        X       A.  C. R. Bard, Inc. ("Bard")

        ☐       B.  Sofradim Production SAS ("Sofradim")

Revised: 5/28/14

☐     C.   Tissue Science Laboratories Limited ("TSL")

X     D.   Ethicon, Inc.

X     E.   Johnson & Johnson

☐     F.   American Medical Systems, Inc. ("AMS")

☐     G.   Boston Scientific Corporation

☐     H.   Mentor Worldwide LLC

☐     I.   Coloplast Corp.

☐     J.   Cook Incorporated

☐     K.   Cook Biotech, Inc.

☐     L.   Cook Medical, Inc.

☐     M.   Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐     N.   Neomedic International, S.L.

☐     O.   Neomedic Inc.

☐     P.   Specialties Remeex International, S.L.

7.     Basis of Jurisdiction

     X     Diversity of Citizenship

8.

    a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    PARAGRAPHS 1-7

    _____

    _____

    b.   Other allegations of jurisdiction and venue

_____

_____

_____

_____

9.    Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐    A.  The Align Urethral Support System;

☐    B.  The Align TO Urethral Support System;

X    C.  The Avaulta Anterior BioSynthetic Support System;

X    D.  The Avaulta Posterior BioSynthetic Support System;

X    E.  The Avaulta Plus Anterior Support System;

X    F.  The Avaulta Plus Posterior Biosynthetic  Support System;

X    G.  The Avaulta Solo Anterior Synthetic Support System;

X    H.  The Avaulta Solo Posterior Synthetic Support System;

☐    I.  The InnerLace BioUrethral Support System;

☐    J.  The Pelvicol Acellular Collagen Matrix;

☐    K.  The PelviLace BioUrethral Support System;

☐    L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐    M.  The PelviSoft Acellular Collagen BioMesh;

☐    N.  The Pelvitex Polypropylene Mesh;

☐    O.  The Uretex SUP Purbourethral Sling;

☐    P.  The Uretex TO Trans-obturator Urethral Support System;

☐    Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐    R.  The Uretex TO3 Trans-obturator Urethral Support System.

X    S.  Other

      GYNECARE TVT

      _____

10.    Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☐     A.  The Align Urethral Support System;

☐     B.  The Align TO Urethral Support System;

X     C.  The Avaulta Anterior BioSynthetic Support System;

X     D.  The Avaulta Posterior BioSynthetic Support System;

X     E.  The Avaulta Plus Anterior Support System;

X     F.  The Avaulta Plus Posterior Biosynthetic  Support System;

X     G.  The Avaulta Solo Anterior Synthetic Support System;

X     H.  The Avaulta Solo Posterior Synthetic Support System;

☐     I.  The InnerLace BioUrethral Support System;

☐     J.  The Pelvicol Acellular Collagen Matrix;

☐     K.  The PelviLace BioUrethral Support System;

☐     L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☐     M.  The PelviSoft Acellular Collagen BioMesh;

☐     N.  The Pelvitex Polypropylene Mesh;

☐     O.  The Uretex SUP Purbourethral Sling;

☐     P.  The Uretex TO Trans-obturator Urethral Support System;

☐     Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐     R.  The Uretex TO3 Trans-obturator Urethral Support System.

X     S.  Other

GYNECARE TVT

_____

11.     Date of Implantation as to Each Product

        AUGUST 13, 2008

        _____

        _____

12.     Hospital(s) where Plaintiff was implanted (including City and State)

        MEMORIAL HOSPITAL

        COLORADO SPRINGS, COLORADO

13.     Implanting Surgeon(s)

        DR. JAMES STEIGERWALD

        _____

14.     Counts in the Master Complaint brought by Plaintiff(s)

        X       Count I

        X       Count II

        X       Count III

        X       Count IV

        X       Count V

        X       Count VI

        ☐       Count VII (by the Husband)

        X       Count VIII

        ☐       Other _____ (please state the facts supporting this Count in the space,
                immediately below)

        ☐       Other _____ (please state the facts supporting this Count in the space,
                immediately below)

        _____

        _____

        _____

RESPECTFULLY SUBMITTED,

DATED: MARCH 23, 2016

By:  /s/ Buffy K. Martines
RICHARD N. LAMINACK, Esq.
State Bar of Texas No. 11850350
THOMAS W. PIRTLE, Esq.
State Bar of Texas No. 16038610
BUFFY K. MARTINES, Esq.
State Bar of Texas No.24030311
LAMINACK, PIRTLE & MARTINES, LLP
5020 Montrose Boulevard, 9th Floor
Houston, Texas 77006
Telephone:      713-292-2750
Facsimile:       713-292-2755

*ATTORNEYS FOR PLAINTIFF*